UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL CASANOVA,

    Plaintiff,

v.        Case No. 8:10-cv-2408-T-30MAP

YOUTH and FAMILY ALTERNATIVES,
INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal (Dkt. #11). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed, with each party to bear his/its own costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 20, 2011.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-2408.dismiss 11.wpd